UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE McCREA,<br><br>  Plaintiff,<br><br>  v.<br><br>J. HARMON,<br><br>  Defendant. | Case No.: 1:18-cv-01186-AWI-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S REQUEST FOR VOLUNTARILY DISMISS<br><br>[ECF No. 8] |

Plaintiff Terrence McCrea is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to dismiss the instant action, filed on September 21, 2018. (ECF No. 8.) In his motion, Plaintiff states that he wishes to dismiss the complaint because he is without funds to pay the filing fee, as directed in the September 6, 2018 Findings and Recommendation. (ECF No. 8.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't

1

complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served, and no answer or motion for summary judgment has been filed.

Accordingly, the Clerk of Court is directed to close this action and all pending motions and deadlines are terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated: **September 24, 2018**

UNITED STATES MAGISTRATE JUDGE